# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARCHESU MINOR** | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-4364 |
| | : | |
| **DISTRICT ATTORNEY,** *et al.*, | : | |
| *Defendants* | : | |

## O R D E R

**AND NOW**, this 16th day of October, 2020, upon consideration of Plaintiff Marchesu Minor's *Motion to Proceed In Forma Pauperis* (ECF No. 4), *pro se* Complaint (ECF No. 1), and "*Motion for Investigation*" (ECF No. 5) it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED, with prejudice**, for the reasons in the Court's Memorandum.

4. The "Motion for Investigation" is **DENIED.**

5. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*